UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLYMPIC VIEW WATER AND SEWER DISTRICT, | CASE NO. C25-1409-KKE |
| Plaintiff(s), | ORDER GRANTING STIPULATED MOTION FOR A BRIEFING SCHEDULE |
| v. | |
| EDMONDS SCHOOL DISTRICT NO. 15, | |
| Defendant(s). | |

In compliance with the Court's instructions, the parties filed a stipulated motion for a briefing schedule for the purpose of converting Defendant's motion to dismiss to a motion for summary judgment. Dkt. No. 22. The Court GRANTS the stipulated motion (*id.*), directs the clerk to TERMINATE the pending motion to dismiss (Dkt. No. 8), and ORDERS the parties to comply with the following briefing schedule:

(1) Defendant's summary judgment motion must be filed no later than March 16, 2026.

(2) Plaintiff's opposition brief must be filed no later than April 6, 2026.

(3) Defendant's reply brief must be filed no later than April 13, 2026.

Dated this 29th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR A BRIEFING SCHEDULE - 1