THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OLYMPIC VIEW WATER AND SEWER DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>EDMONDS SCHOOL DISTRICT NO. 15,<br><br>Defendant. | Case No. 2:25-CV-01409 KKE<br><br>STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT AND ORDER |

Plaintiff Olympic View Water and Sewer District and Defendant Edmonds School District ("ESD") stipulate that, pursuant to Local Civil Rule 10(g) and Local Civil Rule 7(d)(1), ESD's time to answer the Complaint, *see* Dkt. No. 1, shall be extended to September 16, 2026. Accordingly, both parties respectfully request that the Court sign the attached proposed order that extends the time for ESD to answer the Complaint to September 16, 2026.

IT IS SO STIPULATED by and between the parties.

Dated this 14th day of September, 2026.

By: /s/ *Meredith R. Weinberg*
Meredith R. Weinberg, WSBA # 45713

Email: meredith.weinberg@ashurstperkins.com
Juliana Lehua Bennington, WSBA # 60357
Email: juliana.bennington@ashurstperkins.com

**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101
Phone: 206-359-8000
Fax: 206-359-9000

*Attorneys for Defendant*

*/s/ Ryen L. Godwin (approved via email)*
Ryen L. Godwin, WSBA #40806
Email: rgodwin@schwabe.com
David M. Hori, WSBA #56796
Email: dhori@schwabe.com
Connie Sue Martin, WSBA #26525
Email: csmartin@schwabe.com
David F. Stearns, WSBA #45257
Email: dstearns@schwabe.com

**Schwabe, Williamson & Wyatt, P.C**
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Phone: 206-622-1711
Fax: 206-292-0460

*Attorneys for Plaintiff*

**ORDER**

The parties' stipulated motion (Dkt. No. 34) is GRANTED. The deadline for Edmonds School District to answer or otherwise respond to Plaintiff's Complaint is extended to September 16, 2026.

Dated: September 15, 2026.

Kymberly K. Evanson
United States District Judge