THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OLYMPIC VIEW WATER AND SEWER DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>EDMONDS SCHOOL DISTRICT NO. 15,<br><br>Defendant. | Case No. 2:25-CV-01409 KKE<br><br>STIPULATED DISCOVERY MOTION RELATED TO PRIVILEGED MATERIALS |

1. PRIVILEGE LOGS

The parties stipulate and agree that communications between attorneys and parties' representatives are presumptively protected by the attorney-client privilege and/or the work product doctrine, and they are not required to exchange privilege logs at the present time unless specifically requested by the other party. Although a privilege log is not required, the producing party must nevertheless disclose that responsive documents exist that are being withheld and must identify the categories of documents withheld with reasonable particularity. By so stipulating and agreeing, the parties are not waiving their rights to seek factual information from witnesses through depositions or waiving their right to seek privilege logs, depending on future circumstances, and in no event with respect to any communications dated after August 16, 2024.

2. INADVERTENT PRODUCTION OF PRIVILEGED OR OTHERWISE PROTECTED MATERIAL

Upon receipt of a written demand for return of produced information protected as privileged or work product, the receiving party shall immediately return any hard copy of the document (and any copies thereof) to the producing party and shall immediately delete all electronic versions of the document. The demand must reasonably specify the document and the basis for the asserted privilege or work product protection.

However, the receiving party may object to the producing party's written demand for return of such document by providing written notice of such objection within five (5) business days of its receipt of a written demand for the return of such document. Any such objection shall be resolved by the Court after an in-camera review of the document. Pending resolution of the matter by the Court, the parties shall not use any documents that have disputed privilege or work product designations in this litigation. The document must remain sequestered.

Pursuant to Fed. R. Evid. 502(d), the production of any documents, electronically stored information (ESI) or information, whether inadvertent or otherwise, in this proceeding shall not, for the purposes of this proceeding or any other federal or state proceeding, constitute a waiver by the producing party of any privilege applicable to those documents, including the attorney-client privilege, attorney work-product protection, or any other privilege or protection recognized by law. This stipulation and order shall be interpreted to provide the maximum protection allowed by Fed. R. Evid. 502(d). Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production. Information produced in discovery that is protected as privileged or work product shall be immediately returned to the producing party, and deleted, unless timely objected to as provided above.

IT IS SO STIPULATED by and between the parties.

Dated this 13th day of October, 2026.

By: /s/

Meredith R. Weinberg, WSBA # 45713
Email: meredith.weinberg@ashurstperkins.com
Juliana Lehua Bennington, WSBA # 60357
Email: juliana.bennington@ashurstperkins.com

**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101
Phone: 206-359-8000
Fax: 206-359-9000

*Attorneys for Defendant*

/s/

Ryen L. Godwin, WSBA #40806
Email: rgodwin@schwabe.com
David M. Hori, WSBA #56796
Email: dhori@schwabe.com
Connie Sue Martin, WSBA #26525
Email: csmartin@schwabe.com
David F. Stearns, WSBA #45257
Email: dstearns@schwabe.com

**Schwabe, Williamson & Wyatt, P.C**
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Phone: 206-622-1711
Fax: 206-292-0460

*Attorneys for Plaintiff*

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED

DATED: October 14, 2026.

Kymberly K. Evanson
United States District Judge